**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>            Plaintiff,            )<br>vs.            )<br>            )<br>Nathaniel Leigh Navasie,            )<br>            Defendant.            ) | CR06-00236-001-PCT-DGC<br><br>**ORDER** |

The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were submitted by defendant through defense counsel.  The Court finds probable cause to believe the defendant violated the terms of his supervised release of the petition.

IT IS ORDERED that the defendant shall be released from custody on Wednesday, April 20, 2011 by 2:00 p.m.

IT IS FURTHER ORDERED that the defendant is released on previously ordered supervised release conditions with the addition that he contact his probation officer by noon Monday of each week.

DATED this 20th day of April, 2011.

_____
Mark E. Aspey
United States Magistrate Judge